UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CANDIDO OLMEDO, JR., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No.  3:23-cv-05236-MLP <br><br> ORDER |

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings.  Upon remand, the Appeals Council will vacate the prior administrative law judge (ALJ) decision and instruct an ALJ to offer Plaintiff the opportunity for a new de novo hearing, develop the record further, and issue a new decision.  The ALJ will re-evaluate the medical opinions of record under the applicable agency regulations, reassess Plaintiff's residual functional capacity if necessary, and, if warranted, obtain additional vocational expert testimony.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.  After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

Page 1    ORDER
         3:23-CV-05236-MLP

DATED this 21st day of August, 2023.

                                                                          *MJPeterson*
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/Asim H. Modi
ASIM H. MODI
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (312) 596-1868
Email: asim.modi@ssa.gov